United States District Court
for the District of Colorado

Original

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2014 SEP 25  PM 4: 40

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Case #02-cv-2098-LTB

James Roland                    }
                                }
                                }
      v.                        }
                                }
                                }
Fred JOBE and Julie MARSHALL    }
                                }
                                }
                                }

State Court Case (11th Judicial District) #14-cr-19

## Abatement

## Notice of Appeal

Comes now James Roland of the BISHOP family in ministerial capacity and by special appearance

Rule E(8) to ABATE this case as a nuisance to the peace and integrity of the People of the State of

Colorado.

There are fatal flaws in process that simply cannot be corrected so the Clerk of Court is ORDERED to

refund the $500 bail bond to James Roland or his wife Phoebe on October 2, 2014 the day prior to the

Arraignment Hearing. The Clerk of Court is also ORDERED to confirm that this cause and case is

CLOSED or DISMISSED with prejudice at that time of the Refund. Furthermore the clerk is

ORDERED to ORDER that James Roland's pistol firearm be released from evidence and made

available for him to pick up from the Custer County Sheriff's Office.

In Colorado and in general a criminal court not of record has no authority to fine or imprison a defendant. If the Custer County Court or the Combined Courts are posing to be court of record then the record is the source of authority for the court. If the record is flawed then the court is without authority as the authority is also flawed. James Roland does not consent in any way to be tried or prosecuted in a court not of record or a court of flawed record/authority and/or flawed jurisdiction and because of the fatal flaws in process disclosed below James Roland cannot possibly and will never be arraigned.

Arraignment is a voluntary and intelligent answer from the Defendant that indicates that he understands the nature and cause of the accusation against him. This of course inherently means that the Defendant is aware of his surroundings, the court forum and in America it is assured through fidelity bond with a monetary bonding system – oaths of office – that the courts are of the highest standard with the ensign of that standard being the state and federal bills of rights.

The primary issue that cannot be resolved is that a Certified Copy of the Register of Action in this state court (CUSTER COUNTY/11th JUDICIAL DISTRICT) cause plainly states this case and cause was filed on Friday August 15th 2014 for alleged criminal activity that occurred on August 16th 2014, THE DAY AFTER THE CASE WAS FILED! This type of error is fatal to process and is completely unacceptable! James Roland has not been arraigned and it is impossible to arraign James Roland as if it is a simple typographical error it is unacceptable process and if there are more complicated reasons the clerk filed the case the day before there was any reported criminal activity it is impossible to correct the record without falsifying it, or admitting that it has been already falsified and the clerk is making an attempt to correct it.

The definition and annotations in the Colorado Revised Statutes uphold that the county court, combined courts and state district court for Custer County and the 11th Judicial District of Colorado are

completely bereft of authority for this permanent and fatal flaw in process. James Roland has no way to comprehend why or how the clerk of court filed this cause and case the day before these alleged crimes occurred and is not and will not be inclined to forgive the error in process which voluntary consent might encourage that the district attorney resume prosecution. Standards inherent in the judiciary already allow that this prosecution is already abated and this Notice of Abatement should be recognized.

A summary of the actors' oaths of office shows that there are several flaws in the IN GOD WE TRUST trust bonding fidelity so that James Roland is assured a substantial monetary award should any of these actors violate their oaths to uphold the constitutions and bills of rights, federal or state. In other words James Roland understands that he is entitled by law to at least $10,000,000.00 in monetary awards from the Comptroller of the State Treasury if any of the actors act outside of the conduct they have sworn to in front of this monotheistic authority – *the Ever-living God*. Furthermore if these actors have not renewed their oaths within thirty (30) days of being elected or appointed to their current position in this current (latest) term of office that they now pretend to hold, that their office is deemed vacant by law and the state constitution and there is no *de facto* authority to be found with which this prosecution can proceed. Any error or absence of oath for any single office of any official actor or any single witness to the oath of office of any one of the actors whose signatures appear to be significant in any of the court record constitutes error to the entire prosecution *ab initio*. There is no salvaging this prosecution because like the bogus filing date with the clerk of court James Roland can never be arraigned as he cannot possibly understand how the judiciary can alter the continuum of time.

Any oaths of office found from previous terms of official duty only serve as indictments that the official signing knows lawful time constraints and the law duty to sign and file his oath of office within the thirty days of election, reelection or appointment as prescribed by the State of Colorado constitution

at Article XII, Sections 10-12. Notice is given as a stern warning that *People v. Scott* only allows flaws to stand for short times while being rectified, which supports that if any actor has held valid office on any proper oath of office in the past – *Scott* cannot possibly be resorted to for an excuse to authorize a vacant office by calling it *de facto*. As evidence it is clear that most actors involved with this state court case, or witnessing any of the oaths of office take the process of fidelity and financial bonding seriously.

Attached and fully incorporated is the Certified Copy of the Register of Action for 14-cr-19 filed "8/15/14", the day prior to the alleged crimes on the Affidavit of Support of an Arrest Warrant. There is the Arrest warrant process and the Affidavit following the Register of Action, followed by a series of oaths and oath-related documents supporting the commentary about oaths below.

Fred JOBE - oath of office is bogus for his term as Sheriff of Custer County because it is witnessed by Peter MICHAELSON on January 11, 2011. Peter MICHAELSON, "Custer County Judge" – has no oath of office at the Custer County Clerk and Recorder so MICHAELSON's office is vacant and bereft of all authority. Fred JOBE has no oath of office and his office is vacant. The state constitution specifies that county court judges file at the county clerk and recorder, not the Secretary of State. Peterr MICHAELSON signed an oath with the Secretary on December 18, 2006. It is simply an indictment that he knowingly, willingly and intentionally has been signing process in this prosecution, including the warrant for arrest from a vacant office, according to law and constitution.

John William SUTHERS – oath of office signed January 11th 2011 and is in proper order, witnessed by the Chief Justice of the Colorado Supreme Court Michael BENDER.

Peter MICHAELSON – oath of office is bogus. He has no oath of office on record for his current term

as a county court judge with the Custer County Clerk and Recorder. Furthermore, he has an oath of office for "CUSTER COUNTY JUDGE" published with the Secretary of State signed on December 18th 2006 which is long expired. MICHAELSON is intentionally operating as County Court Judge fraudulently proven by him knowing it was important in 2006 and neglecting to authorize his office since then.

Rex N. KINDALL - oath of office was signed January 7, 2013 and is in proper order, witnessed by C.M. BARTON. C.M. BARTON, Chief District Court Judge for the 11th Judicial District - oath of office signed his oath of office on January 11, 2007 and was able to witness KINDALL sign his oath by five days technically under a strict six-year term.

David M. THORSON – oath of office is in order as signed on January 12, 2009 is in order for the six-year term. Julie G. MARSHALL witnessed THORSON swearing at that time as "District Judge". MARSHALL is the same actor who (with Fred JOBE) has been named for prosecuting James Roland in this initial 2002 Libel of Review action in the federal court. Julie MARSHALL – oath of office is bogus signed on December 20th 2006. Her six-year term is over proving that she knowingly, willingly and intentionally has left her current office vacant.

NOTE: On 9/24/14 James Roland went to the Custer County Courthouse to find the oath of office for Peter MICHAELSON as County Court Judge and as James Roland discovered that there is no published oath of office for Peter MICHAELSON he was detained until he would sign an affidavit about access to firearms. This kind of harassment while in pursuit of oaths is revealing.

There are two certificates of fact that the oaths for THORSON and KINDALL are not published at the Custer and Fremont County clerk and recorder offices.

Janice FUNK – a Commission Certificate from the Secretary of State verifies that FUNK was indeed a

notary (November 4, 2013 to November 4, 2017) in Colorado on 8/18/14.

District Court, Custer County
Case #: 2014 CR 000019    Div/Room: 1    Type:  Weapon
The People of the State of Colorado vs BISHOP, JAMES

                                          DV STATUS:
Case File Date:  8/15/2014   Case Close Date:        Appealed: N
                             Confidential Intermediary.............:

                 Bar #   Name
    Judicial Off...: 008499   DAVID MORRIS THORSON
    Alt Jud Officer: 000000
                 Description              Stat Date      Time    Rm/D
    Trial..........:                                      0:00
    Next Schd Event: Review                 8/15/2016   7:00 P
    Last Schd Event:                                      0:00
    Last Event.....: Return of Service on Warrant n/a   9/02/2014

    Attorney(s)....: N

    Agency: Custer County Sheriff Dept    Agency Case #: 14-106
    Ticket/Summons Number(s):             Arrest#:

    Warrant.........: RSWT  Warrant Date:  9/02/2014  Expired Date:
    Party on Warrant: BISHOP, JAMES
    Change of Venue.:       Agency:

    Bond(s)..................: Y

    Sentence Date............:
    Detention Location.......:
    Supervising Agency.......:
    Probation Officer........:

                    ----- PARTIES -----
PARTY  ROL STS   NAME                   ATTORNEY               ROL
DEF  1           BISHOP, JAMES
            Date of Birth...........: 02/24/1944
            Sex.....................: Male
            Race....................: Caucasian
            Height..................: 506
            Weight..................: 165
            Hair Color..............: Grey
            Eye Color...............: Brown
PPL  1           THE PEOPLE OF THE STATE OF C
FILE DATE   EVENT DESCRIPTION
08/15/2014  Affi in Suppt-Warrantless Arr    Event ID: 000001   E-Filed: N
08/15/2014  Warrant Upon Affidavit           Event ID: 000003   E-Filed: N
            DEF/  BISHOP, JAMES
BOND RETURNABLE THE 1ST FRIDAY OF THE MONTH AT 10 AM TO CUSTER COMBINED COURT.
205 S 6TH ST  WESTCLIFFE
CONDITIONS OF BOND  NO DRUGS  NO ALCOHOL  NO MARIJUANA NO FIREARMS
SURRENDER ALL FIREARMS AND AMMO WITHIN 24 HRS  MH TREATMENT PEE
CERTIFIED MH PROFESSIONAL  3 TIMES PER WEEK PBT OR DRUG
DEFS EXPENSE.

COMBINED COURT
CUSTER COUNTY, COLORADO
CERTIFIED TO BE A TRUE AND
CORRECT COPY OF THE ORIGINAL
DOCUMENT IN MY CUSTODY
DATE  9.2.14
LINDA G. URWILLER
CLERK OF THE COMBINED COURTS
BY
DEPUTY

Rex Kindall
Deputy District Attorney

OFFICE OF THE DISTRICT ATTORNEY
11TH JUDICIAL DISTRICT

Office: 719-539-3563
Fax: 719-539-3565

FILE DATE    EVENT DESCRIPTION
             Related Event  RSWT Return of Service on Warrant    09/02/2014
08/18/2014   Order                           Event ID: 000002   E-Filed: N
FOR WARRANT                                                              /LCU
FILE DATE    SCHEDULED EVENT DESCRIPTION     SCHD DATE   TIME     ROOM  PRI
08/18/2014   Review                          08/15/2016  07:00 PM  1
      Officer: DAVID MORRIS THORSON                   Length:  1.00 Hour(s)
                                                      Note..:  WRT EXPS
08/31/2014   WARANT CANCELED BY LAW ENFORCE  Event ID: 000004   E-Filed: N
Date of Arrest: 08/31/2014  Arrest #: 14106                Bond Amt: $.00
Arresting Agency: WARRANT CANCELED DUE TO ARREST ON 20140831 BY SO CUSTER COUN
TY - WESTCLIFFE
Person Arrested: JAMES BISHOP  Msg From:  FUNK,JANIC
             Related Event  WAFF Warrant Upon Affidavit        08/15/2014
09/02/2014   Return of Service on Warrant    Event ID: 000005   E-Filed: N
             Related Event  WAFF Warrant Upon Affidavit        08/15/2014
                            BOND INFORMATION
   Bond Id Number.....:    1    Bond Status....: BSET
   Set Date...........: 08/15/2014  Set Amount.....: $500.00      Type: CS
   Post Date..........:           Post Amount....:               Type:
   Bond Instructions:
   May use for Fines and Costs:
   May be released to Defendant:

                    End of Case: 2014 CR 000019

DOCKET#: D0142014CR000019 003  DISTRICT COURT, CUSTER COUNTY          1
--------------------------------------------------------------------------
WARRANT BY AFFIDAVIT
--------------------------------------------------------------------------

                    The People of the State of Colorado vs BISHOP, JAMES

The People of the State of Colorado to any officer duly authorized  to
execute warrants within the State of Colorado.  You are commanded to arrest:

Party: BISHOP, JAMES
                                              Address:

DOB : 2/24/44          Race: Caucasian
Hght: 5' 6"            Hair: Grey
Wght: 165 Sex: M       Eyes: Brown

Charges:
Cnt # 1     18-3-206(1)(a)/(b)
            FELONY MENACING-REAL/SIMULATED WEAPON      F5
      2     18-9-106(1)(e)
            DISORDERLY CONDUCT-DISCHARGE FIREARM       M2

            ** More Charges on next page **


Pursuant to Rule 5, Colorado Rules of Criminal Procedure, the arrested
person is to be taken before the nearest available county court, or shall
be brought before this court, unless released on bond.

Warrant Issued To:  Custer County Sheriff Dept
Further Instructions: Bond Amt:        500.00 Type: Cash or Surety
Expires:  8/18/16
BOND RETURNABLE THE 1ST FRIDAY OF THE MONTH AT 10 AM TO CUSTER COMBINED COU
205 S 6TH ST  WESTCLIFFE
CONDITIONS OF BOND  NO DRUGS  NO ALCOHOL  NO MARIJUANA NO FIREARMS  MUST
SURRENDER ALL FIREARMS AND AMMO WITHIN 24 HRS  MH TREATMENT PER EVAL BY
CERTIFIED MH PROFESSIONAL  3 TIMES PER WEEK PBT OR DRUG TESTING PER CCSO AT
DEFS REQUEST. Expense x0
Dated:  8/15/2014

                                    Clerk of Court
                                    District Court, Custer County

_Pt Mihael_                         _Ynsa C Wreill_                ┌─────────────────┐
                                                                  │ CUSTER COUNTY   │
_____             _____             │    COLORADO     │
JUDGE/MAGISTRATE                    DEPUTY CLERK                   │      SEAL       │
                                                                  │ COMBINED COURTS │
--------------------------------------------------------------    └─────────────────┘
RETURN OF SERVICE

  I certify I arrested this party on ____9-31-14___10:25_____ at
                                           Date and Time
_Custer County of Pueblo County Line,  Custer_ County, Colorado.
_Hwy 165_  Location

     Fees: _____          _____
                                    Officer                 ┌──────────────────┐
                                                            │  FILED COMBINED  │
  Mileage: _____                                  │   SEP 0 2 2014   │
                                                            │ Custer County, Colorado │
   Return: _____                                  └──────────────────┘

Warrant #: _____          Bonded per S.O.

DOCKET#: D0142014CR-000019-003   DISTRICT COURT, CUSTER COUNTY          1

Additional offense(s) defendant has been charged with:

Cnt # 3     18-9-106(1)(f)
            DISORDERLY CONDUCT-DISPLAY REAL/SIMUL WE M2
      4     18-12-106(1)(a)
            WEAPON-PROHIBITED USE-AIM FIREARM        M2
      5     18-8-104(1)(a)
            OBSTRUCTING A PEACE OFFICER              M2
      6     18-8-103
            RESISTING ARREST                         M2

| Combined Courts, County of Custer<br>State of Colorado<br><br>Custer County Courthouse<br>205 S. 6th Street / P.O. Box 60<br>Westcliffe, CO 81252<br>(719) 783-2274 | FILED IN COMBINED<br>COURTS<br><br>AUG 1 8 2014<br><br>Custer County, Colorado |
|---|---|
| **Plaintiff:**    The People of the State of Colorado | ↑    **COURT USE ONLY**    ↑ |
| **Defendant:**    Bishop, James Roland a White Male, Date of Birth<br>02/24/1944, 5'6", 165#, Grey Hair, Brown Eyes,<br>Colorado Driver's License Number 92-020-6347 | Case Number:<br>  14CR19<br><br>Division:        Courtroom: |
| Custer County Sheriff's Office<br>702 Rosita Ave.<br>Westcliffe, CO 81252<br>(719) 783-2270<br><br>**Case No.**    CCSO 14-106** | |
| **Arrest Warrant** | |

TO THE PEOPLE OF THE STATE OF COLORADO:   For the crimes of Menacing, Disorderly Conduct, Prohibited Use of Weapons, Obstructing a Peace Officer and Resisting Arrest (as found in C.R.S. 18-3-206(1)(a), 18-9-106(1)(e)&(f), 18-12-106(1)(a), 18-8-104(1)(a) and 18-8-103(1)(a) respectively.)

There having been filed herein an Affidavit wherein the arrest of the Defendant, **James Roland Bishop**, is sought, and the Court having reviewed the same finds that there is probable cause set forth within the Affidavit and that an arrest warrant should be issued, and the Clerk of this Court or her deputy shall issue the same.

DONE this 18th day of Aug , 20__.

Bond/Bail/Pretrial Release   $500 C/S

No Drugs, No Alcohol, No Marijuana. No Firearms. Must surrender all Firearms + Ammo w/in 24 hrs. M.H. Treatment per Eval by certified M.H. professional. 3x per week alch/drug Testing per CCSO at Def's expense.

BY THE COURT: P.L. Michael

_____    10:39
Judge            Time



Combined Courts, County of Custer
State of Colorado

Custer County Courthouse
205 S. 6th Street / P.O. Box 60
Westcliffe, CO 81252
(719) 783-2274

FILED IN COMBINED COURTS

AUG 1 8 2014

Custer County, Colorado

**Plaintiff:**      **The People of the State of Colorado**

**Defendant:**   **Bishop, James Roland a White Male, Date of Birth 02/24/1944, 5'6", 165#, Grey Hair, Brown Eyes, Colorado Driver's License Number 92-020-6347**

Custer County Sheriff's Office
702 Rosita Ave.
Westcliffe, CO 81252
(719) 783-2270

**Case No.       CCSO 14-106**

**COURT USE ONLY**

Case Number: 14CR19

Division:            Courtroom:

## Affidavit In Support of Issuance of An Arrest Warrant

In support of a request for the issuance of an ARREST WARRANT for James Roland Bishop, the undersigned Affiant, a commissioned peace officer for the Custer County Sheriff's Office, being duly sworn upon oath, deposes and says:  Your Affiant has knowledge of the following facts from which there is probable cause to believe that the offense(s) herein described committed by James Roland Bishop on August 16, 2014 in the County of Custer, State of Colorado, to wit:

At approximately 1:10 p.m. on Saturday, August 16, 2014 Sheriff Fred Jobe and I (Deputy Harry A. Wenzel) were dispatched to Bishop's Castle located at 12705 Highway 165 in the county of Custer, state of Colorado on a man with a gun call.   CCSO Dispatch radioed that they had received a 9-1-1 call from a lady (later identified as Tina White) who was reporting that Jim Bishop was waving a gun in the air, shooting the gun and then put the barrel of the gun in his mouth.

Sheriff Jobe arrived first and entered the Castle.   I arrived several minutes later and started to walk up the driveway.   There were 50 to 100 people on the grounds. Several people were pointing me towards the east and told me "the other Deputy is chasing a man with a gun".   I continued up the driveway and went towards the east of the attraction.   I saw Sheriff Jobe holding a man on the ground.

When I got to Sheriff Jobe, I recognized the man on the ground that he was restraining as James Roland Bishop (DOB: 02/24/1944).   Bishop was laying on his stomach.   There was a handcuff on Bishop's left hand and Sheriff Jobe was trying to restrain him.   Bishop's right arm was flexed and pulled in next to his body.   His right hand was next to his head and there was a semi-automatic handgun on the ground next to Bishop's right hand.

Bishop was pulling his left hand away from his body to prevent being handcuffed.   I applied two drive stuns from my Electronic Restraint Device so that we could get Bishop's hands behind his back and handcuff him.   Sheriff Jobe grabbed the semi-automatic handgun and told me the gun was real and it was loaded.   I helped Bishop to his feet and he continued to twist and try to pull away from me while I walked him to my patrol car.

I secured Bishop in my patrol vehicle and asked Sheriff Jobe what happened.  He told me he approached Bishop on the grounds and saw a gun in his right front pants pocket.  He said he asked Bishop if he had a gun, and Bishop told him "It's only a pump gun".  He said Bishop started backing away from him, turned around and started running away.

Sheriff Jobe told me he started chasing Bishop and kept telling him he wanted to see the gun.  He said while he was running, Bishop kept trying to pull the gun out of his pant pocket.  Sheriff Jobe said after about 50 yards, he was able to grab Bishop's suspenders and they both fell to the ground.  He said he got a handcuff on Bishop's left hand, but Bishop kept fighting him and trying to bite his left hand.

Sheriff Jobe said he held Bishop on the ground until I arrived to help him handcuff Bishop.  I told Bishop that he was facing criminal charges.  Bishop told me "It's okay", "The gun wasn't loaded" and "I just put the gun in my mouth to be stupid".  When I told Bishop the gun was loaded, he said "Oh my God", "I need help".  I transported Bishop to Parkview Hospital Emergency Room where he admitted himself for a psychiatric evaluation.

On Sunday, August 17, 2014, I spoke with Tina White who had called 9-1-1 to report the incident.  She told me she frequents Bishop's Castle and knows Jim Bishop.  She said she heard Bishop hollering, and saw him waving a gun in the air.  She said he was pointing the gun at a lady and thought he was going to shoot the lady.

Ms. White told me she was "scared" and "froze".  She said that there were a lot of other visitors there and they were running away and screaming when Bishop was waving the gun in the air and hollering.  She said she left the Castle and while she was walking down the driveway she heard one gunshot.  She said she heard two more gunshots when she was on the highway walking to her car.

Wherefore your affiant states there is probable cause to believe that on August 16, 2014 did commit the offense(s) of:

Menacing, Disorderly Conduct, Prohibited Use of Weapons, Obstructing a Peace Officer and Resisting Arrest as found in C.R.S. 18-3-206(1)(a), 18-9-106(1)(e)&(f), 18-12-106(1)(a), 18-8-104(1)(a) and 18-8-103(1)(a) respectively.

_____
Affiant

Subscribed and sworn to before me this _18th_ day of _August_ , 20_14_.

_Janice Funk_     My Commission Expires _11/04/20 17_
Notary Public

JANICE FUNK
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires _11-4-17_

_____
Judge

*STATE OF COLORADO*

_Custer_____ *County,*

_Westcliffe_____ *City/Town*

I,_____*Fred Jobe*_____ *do solemnly swear by the ever living*

*God, that I will support the Constitution of the United States and of the State of Colorado, and faithfully*

*perform the duties of the office of*____*County Sheriff*_____

_____

*upon which I am about to enter.*

_____*Fred Jobe*_____
*Signature*

*Subscribed and sworn to before me this*_____*11*_____*day of*

_*January*____ *20 11*_____

*Official administering oath*

____*County Court Judge, Custer County*_____
*Title*

____*Westcliffe, Colorado*_____
*Address*

*My Commission expires*____*XXX*_____

## NOTE: USE AFFIRMATION ON BACK SIDE ONLY UPON REQUEST!

Judge: Pete Michaelson



RECEIVED
JAN 13 2011
ELECTIONS
SECRETARY OF STATE

# STATE OF COLORADO



20115000872  C
UNI_FIL
SECRETARY OF STATE
01/13/2011 02:41:28

20125013643  C
OATH_OFFICE
SECRETARY OF STATE
05/23/2012 10:43:30

## ATTORNEY GENERAL
## OATH OF OFFICE

I, John W. Suthers, do solemnly swear by the everliving God, that I will support the Constitution of the United States and of the State of Colorado, and faithfully perform the duties of the office of Attorney General of the State of Colorado, to which I am about to enter.

Subscribed and sworn to before me this
Eleventh Day of January, A.D. 2011

*Honorable Michael Bender*
*Chief Justice, Colorado Supreme Court*



**RECEIVED**

JAN 12 2011

ELECTIONS
SECRETARY OF STATE

20115000651  C
OATH_OFFICE
SECRETARY OF STATE
01/12/2011 11:20:46

OATH OF OFFICE

STATE OF COLORADO

I, **Michael L. Bender**, do solemnly swear by the everliving God that I will support the Constitution of the United States, and of the State of Colorado, and will faithfully perform the duties of the Office of Chief Justice of the Supreme Court of Colorado, upon which I am about to enter.



*Michael L. Bender*
**Michael L. Bender**

*Subscribed and sworn to before me on this 11th day of January, 2011*

**Gregory J. Hobbs, Jr.**
**Justice, Colorado Supreme Court**

RECFIVED

JAN 0 9 2007

ELECTIONS
SECRETARY OF STATE

OATH OF OFFICE—THE C. F. HOECKEL CO., DENVER  35766

20075601393   C
ENVELOPE
SECRETARY OF STATE
01/09/2007  02:49:02

*STATE OF COLORADO*

CUSTER .................... *County,*

WESTCLIFFE .................... *City/Town*

I, ............ PETER  F  MICHAELSON .................... *do solemnly swear by the ever living*

*God, that I will support the Constitution of the United States and of the State of Colorado, and faithfully*

*perform the duties of the office of* ............ CUSTER  COUNTY  JUDGE ....................

.............................................................

*upon which I am about to enter.*

.............................................................
*Signature*

*Subscribed and sworn to before me this* ......18th....... *day of*

......DECEMBER,  2006....... *XX*

.............................................................
*Official administering oath*

District  Court  Ju dge
*Title*

.............................................................
*Address*

*My Commission expires* .............................................................

**NOTE: USE AFFIRMATION ON BACK SIDE ONLY UPON REQUEST!**

STATE OF COLORADO
DEPARTMENT OF STATE

FORM 827     OATH OF OFFICE—The C. F. HOECKEL CO., DENVER  35786

**STATE OF COLORADO**

FREMONT _____ County,

CANON CITY _____ City/Town

I, _____ JULIE G. MARSHALL _____ do solemnly swear by the ever living God, that I will support the Constitution of the United States and of the State of Colorado, and faithfully perform the duties of the office of _____ DISTRICT COURT JUDGE _____

upon which I am about to enter.

_____
Signature

Subscribed and sworn to before me this _____ day of
_____ , 2006

_____
Official administering oath

DAVID M. THORSON, DISTRICT COURT JUDGE
Title

_____
Address

My Commission expires _____

2007560054   C
OATH_OFFIC
SECRETARY OF STATE
01/05/2007 03:15:39

**NOTE: USE AFFIRMATION ON BACK SIDE ONLY UPON REQUEST**

RECEIVED
JAN 05 2007
ELECTIONS
SECRETARY OF STATE

OATH OF DEPUTY DEPUTY DISTRICT ATTORNEY

**RECEIVED**

STATE OF COLORADO

JAN **1 6** 2009

ELECTIONS
SECRETARY OF STATE

11TH JUDICIAL DISTRICT, COUNTIES OF CHAFFEE, CUSTER, FREMONT & PARK

I, **Rex N. Kindall,** do solemnly swear, by the everliving God, that I will support the Constitution of the United States and the Constitution and organic law of the State of Colorado, and faithfully perform the duties of the office of Deputy District Attorney, of the Eleventh Judicial District, State of Colorado, upon which I am about to enter.

_____
Rex N. Kindall    #36356
Deputy District Attorney
Eleventh Judicial District

```
20095603254  C
OATH_OFFICE
SECRETARY OF STATE
02/23/2009 12:10:26
```

The foregoing Oath was administered by me and subscribed and sworn to before me this 13th day of January, 2009.

_____
C.M. Barton
Chief District Court Judge
Eleventh Judicial District

OATH OF DEPUTY DEPUTY DISTRICT ATTORNEY

STATE OF COLORADO

11TH JUDICIAL DISTRICT, COUNTIES OF CHAFFEE, CUSTER, FREMONT & PARK

20135022090   C
OATH_OFFICE
SECRETARY OF STATE
03/22/2013 01:26:40

  I, **Rex N. Kindall**, do solemnly swear, by the everliving God, that I will support the Constitution of the United States and the Constitution and organic law of the State of Colorado, and faithfully perform the duties of the office of Deputy District Attorney, of the Eleventh Judicial District, State of Colorado, upon which I am about to enter.

Rex N. Kindall    #36356
Deputy District Attorney
Eleventh Judicial District

   The foregoing Oath was administered by me and subscribed and sworn to before me this __7__ day of January, 2013.

C.M. Barton
Chief District Court Judge
Eleventh Judicial District

RECEIVED

MAR 22 2013

ELECTIONS
SECRETARY OF STATE

FORM 827     OATH OF OFFICE—THE C. F. HOECKEL CO., DENVER 38768

STATE OF COLORADO

Chaffee ..........County,

Salida ..........City/Town

I, Charles M. Barton ..........do solemnly swear by the ever living

God, that I will support the Constitution of the United States and of the State of Colorado, and faithfully

perform the duties of the office of Dist. Judge, 11th Jud. Dist.

upon which I am about to enter.

C. M. Barton
Signature

Subscribed and sworn to before me this 11 day of

January, A.D. 2007 Nancy Potuie
1/19/07

David M. Dansey
Official administering oath

District Judge
Title

136 Justice
Address

My Commission expires.

2007602931 C
OATH OFFICE
SECRETARY OF STATE
01/19/2007 02:08:54

STATE OF COLORADO
DEPARTMENT OF STATE
I hereby certify that this copy is a
true and correct copy of the
document filed in this office.
DATED

RECEIVED
JAN 19 2007
ELECTIONS
SECRETARY OF STATE

**NOTE: USE AFFIRMATION ON BACK SIDE ONLY UPON REQUEST!**



# Oath Of Office

State of Colorado,
Eleventh Judicial District

} s.s.

I, David M. Thorson, do solemnly swear by the ever-living God, that I will support the Constitution of the United States, and of the State of Colorado, and faithfully perform the duties of the office of District Court Judge, upon which I am about to enter.

David M. Thorson

Subscribed and sworn to before me, this 12th day of January, 2009 A.D.

Julie G. Marshall
District Judge

STATE OF COLORADO 1876

200956037012   C
OATH OFFICE
SECRETARY OF STATE
02/27/2009   52

JAN 1 6 2009

SECRETARY OF STATE



# STATE OF COLORADO

### DEPARTMENT OF STATE

## CERTIFICATE

I, **Scott Gessler**, Secretary of State

State of Colorado do hereby certify

**THAT** the notary records, as filed in my office, do reveal a current notary public commission in the name of **JANICE FUNK,** term of commission: **November 4, 2013 thru November 4, 2017**

**WARNING:** This does **NOT** certify the correctness or authenticity of any notarization, notarized document, or notarial act by the above named individual.

**IN TESTIMONY WHEREOF I have hereunto set my hand and affixed the Great Seal of the State of Colorado, at the City of Denver.**

This 25th day of September 2014, A.D.

_____

SECRETARY OF STATE



# *Clerk and Recorder*

## *Katie E. Barr, County Clerk & Recorder*
### *615 Macon Avenue, Room 102       Cañon City, Colorado 81212*

*Phone  719.276.7330*
*Fax   719.276.7338*
*katie.barr@fremontco.com*

*9/11/2014*

*I, Katie Barr, County Clerk and Recorder for Fremont County do not , to the best of my knowledge, have on file a certificate of oath for David Morris Thorson or Rex Kindall.*

*Katie Barr*
*Fremont County Clerk & Recorder*                 *Dated: September 11th, 2014*

**Custer County**

**Clerk and Recorder**

*Debbie Livengood*

*205 S. 6th Street / P.O. Box 150*
*Westcliffe, Colorado 81252*
*Office: (719) 783-2441*
*Fax: (719) 783-2885*

### STATEMENT OF FACT

I, Debbie Livengood, County Clerk and Recorder for Custer County do not have on file a certificate of oath for David Morris Thorson or Rex Kindall.

Debbie Livengood
Custer County Clerk and Recorder

Dated: Sept. 2, 2014