**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 02-cv-02098-LTB

JAMES ROLAND,

      Plaintiff,

v.

FRED JOBE and
JULIE MARSHALL,

      Defendants.

___

**ORDER**
___

Upon Plaintiff's pro se "Abatement - Notice of Appeal" filed September 25, 2014 in this matter (Doc 15), the Court would note that this matter was dismissed and judgment entered on September 23, 2003.  Accordingly,

IT IS ORDERED that the Abatement - Notice of Appeal is DENIED FOR LACK OF JURISDICTION by this Court.

                                        BY THE COURT:


                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   September 29, 2014