# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 4 2014

JEFFREY P. COLWELL
CLERK

United States of America )
v. )
Rex N KINDALL #36356, ) Case No. 02-2098
Fred JOBE and )
Thomas K. LeDOUX #34412 )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 10, 2014__ in the county of __Custer and Fremont__ in the _____ District of __Colorado__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC §913 | Impersonator Making Arrest or Search. |
| Title 18 USC §1512 | Tampering with Witness or Victim... |
| Title 18 USC §373 | Violent Conspiracy. |

This criminal complaint is based on these facts:

Fred JOBE on or around 8/16/14 pretending to be Sheriff (vacant office, bogus oath) trespassed on James Roland's private property and violently attacked James Roland as witnessed by Affidavit - Doc 15. Thomas LeDOUX and agent Rex KINDALL (11/10/14) in conspiracy attempt to intimidate James Roland (victim) with a bill related to Fred JOBE's crime of violence and change James Roland's testimony (witness tampering).

☒ Continued on the attached sheet.

*Pursuant to title 12 USC 411*
*To Redeem lawful money*

_____
*James Roland*
Complainant's signature

_____
James Roland Bishop
Printed name and title

Sworn to before me and signed in my presence.

Date: _____

_____
Judge's signature

City and state: _____

_____
Printed name and title

STATE OF COLORADO

Custer County,

Westcliffe City/Town

I, Fred Jobe, do solemnly swear by the ever living God, that I will support the Constitution of the United States and of the State of Colorado, and faithfully perform the duties of the office of County Sheriff upon which I am about to enter.

_____
Signature

Subscribed and sworn to before me this 11 day of January 2011

_____
Official administering oath

County Court Judge, Custer County
Title

Westcliffe, Colorado
Address

My Commission expires XXX

**NOTE: USE AFFIRMATION ON BACK SIDE ONLY UPON REQUEST!**

Judge: Pete Michaelson

RECEIVED
JAN 0 9 2007
ELECTIONS
SECRETARY OF STATE

FORM 827 OATH OF OFFICE—THE C. F. HOECKEL CO., DENVER

20075601393 C
OATH OFFICE
SECRETARY OF STATE
01/09/2007 02:49:02

*STATE OF COLORADO*

CUSTER *County,*

WESTCLIFFE *City/Town*

*I,* PETER P MICHAELSON *do solemnly swear by the ever living God, that I will support the Constitution of the United States and of the State of Colorado, and faithfully perform the duties of the office of* CUSTER COUNTY JUDGE

*upon which I am about to enter.*

[signature]
*Signature*

*Subscribed and sworn to before me this* 18th *day of* DECEMBER, 2006

[signature] Joe A. Marshall
*Official administering oath*

District Court Judge
*Title*

*Address*

*My Commission expires*

STATE OF COLORADO
DEPARTMENT OF STATE

**NOTE: USE AFFIRMATION ON BACK SIDE ONLY UPON REQUEST!**

**Custer County**
**Clerk and Recorder**

205 S. 6th Street / P.O. Box 150
Westcliffe, Colorado 81252
Office: (719) 783-2441
Fax: (719) 783-2885

**STATEMENT OF FACT**

I, Debbie Livengood, County Clerk and Recorder for Custer County do not have on file a certificate of oath for Peter Michaelson.

*[signature]*
Debbie Livengood
Custer County Clerk and Recorder

Dated: Sept. 26, 2014

| COMBINED COURTS, CUSTER COUNTY, COLORADO | |
|---|---|
| Court Address: 205 South 6th Street, Westcliffe, CO 81252 | |
| Plaintiff: The People of the State of Colorado | |
| Defendant: JAMES BISHOP | |
| Attorney for Plaintiff:<br>Name: Thom K. LeDoux, District Attorney<br>      Eleventh Judicial District<br>Address: 104 Crestone Ave., PO Box 699<br>      Salida, CO 81201<br>Phone Number: (719)539-3563<br>Fax Number: (719)539-3565<br>Atty. Reg. #:34412 | Case Number: 14CR19<br><br>Div.:     Ctrm.: |

## COST OF PROSECUTION REQUEST ~ C.R.S. 18-1.3-701(1)(a)

THIS COST OF PROSECUTION REQUEST is submitted by the District Attorney for the 11th Judicial District. The People request that the Court Order that as a part of the sentence herein that the Defendant be sentenced to pay for the cost of prosecution as follows:

**AGENCY**                                                 **AMOUNT**

Custer County Sheriff's Office
PO Box 1489
Westcliffe, CO 81252                                                 $30.30

Dated:     September 29, 2014          Respectfully submitted,

                                                    THOM K. LEDOUX
                                                    DISTRICT ATTORNEY

                                                    By:_____
                                                    Rex N. Kindall #36356
                                                    Deputy District Attorney



# CUSTER COUNTY SHERIFF'S OFFICE
## REQUEST FOR RESTITUTION

To __DISTRICT__ Court in __CUSTER COUNTY__, Colorado.
Dated this __20th__ day of __August__ 20__14__.
Pursuant to C.R.S. 16-11-501(1)(2)(j), the Custer County Sheriff's Office is requesting restitution in the amount of $ __30.30__ upon conviction for the prosecution of C.R.S. 42-4-1301 from:

DEFENDANT __JAMES R. BISHOP__  D.O.B. __2/24/1944__

ADDRESS __12705 Hwy 165__

CITY __RYE, Co__   ST __CO__   ZIP _____

CHARGE(S) __18-3-206(1)(a)(b) MENACING F5, 18-9-106(1)(e) DISORDERLY M2, RESISTING M2 18-8-103__
__18-8-104(1)(a) OBSTRUCT PEACE OFFICER M2__
AGENCY CASE # __14-106__   __18-12-106(1)(g) PROHIBITED USE OF WEAPON M2__
__18-9-106(1)(f) Disorderly Firearm Display M2__

**EXPENSE CALCULATION:**
Enter the amount for the applicable expense next to the item or service rendered, then total at the bottom of the appropriate column. Costs for each column should then be added and entered in the TOTAL box at the bottom.

| BLOOD TEST | | DRUG TEST | |
|---|---|---|---|
| BLOOD KIT | $ | ANALYSIS | $ |
| BLOOD DRAW | $ | TOTAL | $ |
| ANALYSIS | $ | | |
| POSTAGE | $ 2.80 | | |
| COPIES | $ 7.50 | | |
| PHOTOS/ CDs | $ 20.00 | | |
| TOTAL | $ 30.30 | | |

PAYABLE TO: CUSTER COUNTY SHERIFF'S OFFICE
P. O. BOX 1489
702 ROSITA AVE.
WESTCLIFFE, CO 81252

**COMMENTS:**

Supervisor Approval: __Sgt. M.P. Halpin__

District Attorney _____

District/County Court Judge _____

Bishop 14CR19
Discovery: 48

## ORDER

IT IS HEREBY ORDERED that the Defendant pay cost of prosecution, payable through the Court, as set forth hereinabove.

AMOUNT: $30.30

SO ORDERED this _____ day of _____, 2014

BY THE COURT:

~~REFUSAL~~

_____
Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the **29** day of **Sept**, 2014, a true and correct copy of the above and foregoing was served as follows:

| Name and Address | U.S. Mail | Hand Delivery | Fax | Court Box |
|---|---|---|---|---|
| James Bishop<br>12705 Hwy 165<br>Rye, CO 81069 | X | | | |

*[signature]*
District Attorney's Office

***Note to Defendant:** Please do not send payment at this time. Payment for this will not be due until sentencing.*

[handwritten across page: "REFUSAL FOR CAUSE"]

# James Roland
**1529 Claremont Avenue**
**Pueblo, Colorado.**
**[81004]**

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado. 80294

Registered M. RE 194 274 057 US

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 4 2014

JEFFREY P. COLWELL
CLERK

Dear Clerk;

    Please file this refusal for cause and signed Criminal Complaint in the case jacket of Article III case 02-2098. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

## Certificate of Mailing

    My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the US district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment. A copy of both has been mailed to David THORSON too. _to redeem lawful money_
_Pursuant to title 12 USC 411_

_James Roland_
_____
James Roland

Thomas K. LeDOUX #34412
104 Crestone Avenue; PO Box 699
Salida, Colorado. 81201

Registered Mail #RA XXX XXX XXX US
_194274065_

David M. THORSON
Fremont County Court
136 Justice Center Road
Canon City, Colorado. [81212]

Registered Mail # RE 194 274 074 US

James Roland
1529 CLAREMONT AVE.
PUEBLO, CO. 81004



U.S. DISTRICT COURT
901 19th STREET ROOM A-1
DENVER, COLO. 80294