**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 02-cv-02098-LTB

JAMES ROLAND,

    Plaintiff,

v.

FRED JOBE, and
JULIE MARSHALL,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On October 21, 2014, Plaintiff filed a Refusal for Cause Memorandum, ECF No. 18, and a Criminal Complaint, ECF No. 19, on November 14, 2014.  These pleadings are inappropriate.  This action was dismissed on September 23, 2003.  This Court will not tolerate the filing of inappropriate pleadings in this case.  The Court, therefore, will order ECF Nos. 18 and 19 stricken.  If Plaintiff files any inappropriate pleadings in the future in this case the Court will consider further filing restrictions.

Dated:  November 19, 2014