**FILED**

UNITED STATES DISTRICT COURT
COLORADO

NOV 2 4 2014

JEFFREY P. COLWELL
CLERK

# James Roland
**1529 Clairmont Avenue**
**Pueblo, Colorado.**
**[81004]**

United States District Court                    Registered Mail #EK 551 970 351 US
for the District of New Mexico
106 S. Federal Place
Santa Fe, New Mexico.

Dear Clerk;

      Please file this refusal for cause in the case jacket of Article III case 02-2098. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. I have not been arraigned and cannot be arraigned in the matter. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

      My signature below expresses that I have served Registered Mail the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_____
James Roland

Thomas K. LeDOUX #34412                    Registered Mail #EK 551 970 334 US
104 Crestone Avenue; PO Box 699
Salida, Colorado. 81201

David M. THORSON                           Registered Mail #EK 551 970 348 US
Fremont County Court
136 Justice Center Road
Canon City, Colorado.  [81212]

**Other Orders/Judgments**
1:02-cv-02098-LTB Roland v.
Jobe, et al **CASE CLOSED on**
**09/23/2003**

TERMED

**U.S. District Court**

**District of Colorado**

**Notice of Electronic Filing**

The following transaction was entered on 11/19/2014 at 9:42 AM MST and filed on 11/19/2014
**Case Name:**        Roland v. Jobe, et al
**Case Number:**      1:02-cv-02098-LTB
**Filer:**
**WARNING: CASE CLOSED on 09/23/2003**
**Document Number:** 20

**Docket Text:**
**MINUTE ORDER striking [18] Refusal for Cause Memorandum and [19] Criminal
Complaint by Judge Lewis T. Babcock on 11/19/14. (dkals, )**

**1:02-cv-02098-LTB Notice has been electronically mailed to:**

Josh Adam Marks (Terminated)   jam@bhgrlaw.com, cds@bhgrlaw.com

Melanie Bailey Lewis (Terminated)   mbl@bhgrlaw.com, cds@bhgrlaw.com

Patricia Dianne Herron (Terminated)   pat.herron@state.co.us, becky.earnheart@state.co.us,
denise.munger@state.co.us, orlando.martinez@state.co.us

**1:02-cv-02098-LTB Notice has been mailed by the filer to:**

James Roland
1529 Claremont Avenue
Pueblo, CO 81004

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=11/19/2014] [FileNumber=4765265-

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-02098-LTB

JAMES ROLAND,

     Plaintiff,

v.

FRED JOBE, and
JULIE MARSHALL,

     Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK



    On October 21, 2014, Plaintiff filed a Refusal for Cause Memorandum, ECF No. 18, and a Criminal Complaint, ECF No. 19, on November 14, 2014. These pleadings are inappropriate. This action was dismissed on September 23, 2003. This Court will not tolerate the filing of inappropriate pleadings in this case. The Court, therefore, will order ECF Nos. 18 and 19 stricken. If Plaintiff files any inappropriate pleadings in the future in this case the Court will consider further filing restrictions.

Dated:  November 19, 2014

---

CM/ECF - U.S. District Court:cod    https://ecf.cod.circ10.dcn/cgi-bin/Dispatch.pl?433655611825896

0] [608c14a8f36fbed2ea0e2f205289d93df326b3921f5a601827ff79e6e86b9e0c3d
3e93bd5190a7aee1c467a5b19935fed26fb483e68d63a939cd08f2a5cffa68f]

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___10th___ day of ___Nov.___, 2014, a true and correct copy of the above and foregoing was served as follows:

*REFUSAL* (handwritten)

| Name and Address | U.S. Mail | Hand Delivery | Fax | Court Box |
|---|---|---|---|---|
| James Bishop 12705 Hwy 165 Rye, CO 81069 | X | | | |

*FOR* (handwritten)

_____
District Attorney's Office

*CAUSE* (handwritten)

| | |
|---|---|
| District Court, Custer County, Colorado<br>Custer Combined Courts<br>205 South 6th Street, P. O. Box 60<br>Westcliffe, CO   81252<br>(719) 783-2274 | |
| **THE PEOPLE OF THE STATE OF COLORADO**<br>**vs.**<br>**James Roland Bishop,**<br>**Defendant** | |
| Thom K. LeDoux<br>DISTRICT ATTORNEY<br>BY: Rex N. Kindall<br>Deputy District Attorney<br>104 Crestone Avenue<br>P O Box 699<br>Salida, CO   81201<br>Telephone: (719) 539-3563<br>Fax: (719) 539-3565<br>Attorney Registration No. 36356 | ☐ COURT USE ONLY ☐<br><br>Case No:D0142014CR000019<br><br>Division 1 |
| NOTICE OF ENDORSEMENT OF ADDITIONAL WITNESS | |

THOM K. LEDOUX, District Attorney in and for the Eleventh Judicial District, State of Colorado, hereby notifies the defense and court of the endorsement of the following witnesses in the above entitled case.

Linda  Urwiller
Custer County Combined Courts
205 S. 6th Street
Westcliffe, CO   81252

Respectfully submitted this 10 day of November, 2014.

Rex N. Kindall  #: 36356
Deputy District Attorney